FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CLOE DUNHAM, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SARAH WILLIAMS and JOHN/JANE DOE WILLIAMS, a married couple, and the marital community composed thereof; and FEDERAL EXPRESS CORPORATION, a foreign corporation licensed to do and doing business in the State of Washington,<br><br>　　　　Defendants. | No. 2:24-CV-00373-SAB<br><br>**ORDER OF DISMISSAL** |

　　Before the Court is the parties' Stipulated Motion for Dismissal, ECF No. 15. Plaintiff is represented by Casey Linane-Booey, IV. Defendants are represented by Donald Guthrie, Dylan Jackson, and Ronald Yu. The motion was considered without oral argument.

　　Due to a settlement agreement, the parties have requested the Court dismiss this case with prejudice and without costs. The Court grants the motion.

//

//

**ORDER OF DISMISSAL** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion for Dismissal, ECF No. 15, is **GRANTED**.

2. The above-captioned case is **DISMISSED with prejudice** and without costs.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **keep the file closed**.

**DATED** this 21st day of January 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** ~ 2